UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYE GETUBIG,<br><br>           Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>           Defendant. | Case No. 22-cv-04834-SK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Regarding Docket No. 20 |

The parties inform the Court that they have reached a private agreement regarding this matter and request that this matter be dismissed without prejudice. (Dkt. No 20.) Good cause appearing, the Court HEREBY GRANTS the stipulation of the parties and ORDERS that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated: February 28, 2023

_____
SALLIE KIM
United States Magistrate Judge